

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00705-CV

Don C. **HOLLAND**,
Appellant

v.

Beulah M. **HOLLAND**,
Appellee

From the 33rd District Court, Burnet County, Texas
Trial Court No. 33,055
Honorable Guilford L. Jones, III, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:  December 21, 2012

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM